UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24691-CV-REID

MELISSA AUGUST,

    Plaintiff,
v.

DORAL CAROLINA ALE HOUSE, LLC d/b/a DORAL CAROLINA ALE HOUSE, a Florida limited liability company; LMR LLC d/b/a DORAL CAROLINA ALE HOUSE, a North Carolina limited liability company, TRINITY MANAGEMENT USA, LLC, a Florida limited liability company, JOE MAROUF, an individual,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the Joint Motion for Approval of Settlement and Motion for Dismissal with Prejudice filed on October 8, 2021. [ECF No. 83]. The Parties have consented to magistrate judge jurisdiction. [ECF No. 51]. The parties submitted a copy of their Settlement Agreement to the court. The Court has conducted a fairness hearing and considered the terms of the Settlement Agreement and the pertinent portions of the record.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an

1

adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, both Parties were represented by counsel. There is a bona fide legal and factual dispute over the FLSA provisions. The Court has reviewed the terms of the settlement agreement, including the amount to be received by Plaintiff and the attorneys' fees and costs, and finds that the compromise reached by the parties appears to be reasonable. The attorneys' fees reflect the fact that the case involved significant discovery, multiple defendants, formal mediation, an informal settlement conference, and a formal settlement before a magistrate judge.

Thus, this Court finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.

Accordingly, the Parties' Settlement Agreement is **APPROVED**, and this action, in its entirety, is **DISMISSED** with prejudice. The court shall retain jurisdiction for 30 days from today to enforce the Settlement Agreement. The Clerk is directed to **CLOSE** this case and deny any pending motions as moot.

DONE AND ORDERED in chambers, at Miami, Florida on this 18th day of October, 2021.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:   **All Counsel of Record**